**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven P. Kartzman, Esq. (SPK 5289)
(973) 267-0220
*Attorneys for Trustee, Steven P. Kartzman*

| | |
|---|---|
| **In Re:** | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **MIDDLESEX MATERIALS, INC.,** | CHAPTER 7 |
| Debtor. | CASE NO. 03-28557 RG |
| **STEVEN P. KARTZMAN, Trustee,** | ADV. PRO. 05-6456 RG |
| Plaintiff, | **CERTIFICATION OF SERVICE** |
| v. | |
| **GENNARO J. RIPORTI, a/k/a JERRY RIPORTI and RIPORTI, INC.** | |

ANGELA GATTO does hereby certify:

1. I am employed in the offices of Mellinger, Sanders & Kartzman, LLC, attorneys for Trustee, Steven P. Kartzman in the above-entitled matter.

2. On July 9, 2007, I served clear copies of the following documents:

    a. Request for Entry of Final Judgment by Default as to Gennaro Riporti, a/k/a Jerry Riporti;

    b. Certification in Support of Request for Entry of Final Judgment by Default Against Gennaro J. Riporti, a/k/a Jerry Riporti; and

    c. a proposed Final Judgment by Default Under Fed. R. Bankr. P. 7055(b) Against Gennaro J. Riporit, a/k/a Jerry Riporti;

upon the following via regular mail:

> William J. Wright, Jr., Esq.
> Law Offices of William J. Wright, Jr.
> 1118 E. 7th Street
> Plainfield, New Jersey 07062

Gennaro J. Riporti
137 Bedford Avenue
Iselin, New Jersey 08830-2417

3.  I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment

      /s/ Angela Gatto
     ANGELA GATTO

Dated:   July 9, 2007