# *Mellinger, Sanders & Kartzman, LLC*

ATTORNEYS AT LAW
101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, NEW JERSEY 07950
(973) 267-0220  -  FAX  (973) 267-2402
E-MAIL:  skartzman@msklaw.net
abrief@msklaw.net

| | |
|---|---|
| LOUIS P. MELLINGER | JOHN R. MURRAY |
| MICHAEL S. SANDERS | BARRY E. LEVINE |
| STEVEN P. KARTZMAN | OF COUNSEL |
| ADAM G. BRIEF | |
| SEYMOUR RUDENSTEIN (1933-1983) | |
| JACOB MELLINGER (1928-2001) | |

December 5, 2007

**VIA ECF & EMAIL**
Honorable Rosemary Gambardella
U.S. Bankruptcy Court
P.O. Box 1352
Newark, New Jersey 07101-1352

  **Re:** **Middlesex Materials, Inc.**
    **Case No.:  03-28557 RG**

    **Kartzman, Trustee v. Gennaro Riporti, et als.**
    <u>**Adv. Pro. No. 05-6456 RG**</u>

Dear Judge Gambardella:

  As Your Honor is aware, this firm represents Steven P. Kartzman, the Trustee and Plaintiff in the above matters.  Pursuant to the Second Case Management Order entered by Your Honor on October 25, 2007, the Defendants had until November 21, 2007, to respond to Plaintiff's Motion for Summary Judgment (against Riporti, Inc.) and Plaintiff's Request for Entry of Default Judgment (against Gennaro Riporti).  See Docket Entry No. 31.  A review of the docket reveals that as of December 5, 2007, no papers have been in response by either Defendant.

  Accordingly, pursuant to the Second Case Management Order, the hearing on both matters shall proceed on an unopposed basis on December 12, 2007, at 11:00 a.m.  While the parties did engage in settlement discussions, no agreement was reached, and those discussions ended prior to November 21, 2007.

        Respectfully,

        /s/ Adam G. Brief

        ADAM G. BRIEF

AGB/aeg
cc: William J. Wright, Esq.